509-07PJG/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
WINTER STAR MARINE LTD.                                    07 CV

               Plaintiff,

   -against-                                                  **RULE 7.1 STATEMENT**

MARIA S.A. IMPORT-EXPORT a/k/a MARIA
S.A.

               Defendant.
-------------------------------------------------------------x

     The Plaintiff, WINTER STAR MARINE LTD. by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Federal Rule of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel Peter J. Gutowski (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: New York, New York
       November 27, 2007

                                  FREEHILL HOGAN & MAHAR, LLP
                                  Attorneys for Plaintiff
                                  WINTER STAR MARINE LTD.
               By:    _____
                                  Peter J. Gutowski (PG 2200)
                                  Pamela L. Schultz (PS 8675)
                                  80 Pine Street
                                  New York, NY 10005
                                  Telephone: (212) 425-1900
                                  Facsimile: (212) 425-1901

NYDOCS1/292890.1