UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Winter Star Marine,

    -v.-

Maria SA Import

------------------------------------------------------------X

07 Civ. 10621 (RWS)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08
```

Please be advised that the conference scheduled for April 9, 08 has been rescheduled to June 11, 08 at 4:30pm in Courtroom 18C.

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
       4/9/08

                                        ROBERT W. SWEET
                                        United States District Judge