UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Winter Star Marine,

-v.-

Maria S.A Import

Amended
07 Civ. 10621 (RWS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08

Please be advised that the conference scheduled for 6-11-08 has been rescheduled to 9-24-08 at 4:30pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
6-10-08

_____
ROBERT W. SWEET
United States District Judge